ORDER: (in part,) gpb
motion granted & a
bench warrant shall
issue for defendant's
arrest to appear for a
hearing on this motion.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00009 |
| v. | ) | |
| | ) | U.S. District Judge Campbell |
| BART A. WITSMAN | ) | U.S. Magistrate Judge Bryant |

MOTION TO REVOKE RELEASE ORDER

COMES NOW the United States of America, by and through undersigned counsel, and moves this Court to revoke the release order for the defendant that was entered on January 24, 2013. At that time, the defendant was ordered to be released subject to certain conditions. See Record Document Number 7 (R. 7). One of the conditions of the defendant's release was that he not violate any federal, state or local law while on release. (R. 7). Based upon the Arrest Warrant from the General Sessions Court of Williamson County, Tennessee, issued on August 4, 2014, and attached hereto as Exhibit 1, and additional information that has been provided to the United States, the United States submits that the defendant has violated that condition of release. In accordance with Title 18, United States Code, Section 3148, the United States respectfully requests that a bench warrant be issued for the defendant's arrest and that the defendant be brought before this Court forthwith for a hearing on this motion.

Respectfully submitted,

David Rivera
United States Attorney

By: s/Sandra G. Moses
SANDRA G. MOSES
Assistant U.S. Attorney